UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 15-1054-AG (KS)                                         Date: April 25, 2016

Title   *Billy Paul Birdwell II v. B. Tran, M.D., et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 29, 2015, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a complaint alleging that Defendant, Plaintiff's primary care physician and the medical director at the California Institute for Men in Chino, California ("CIM-Chino"), violated Plaintiff's rights under the Eighth Amendment by suspending Plaintiff's blood thinning medication (Aspirin) and causing Plaintiff to suffer a stroke. (Dkt. No. 1.) Defendants filed an Answer to the Complaint on December 2, 2015. (Dkt. No. 28.)

On December 3, 2015, the Court issued a case management and scheduling order requiring the parties, *inter alia*, to file status reports no later than 120 days from the date of the order. (Dkt. No. 29.) Accordingly, Plaintiff's status report was due on or before April 1, 2016. Defendants filed their status report on March 30, 2016 (Dkt. No. 31), which indicates that Plaintiff has both propounded written discovery and served responses (*id.* at 3-4), but the Court has received no status report or other communication from Plaintiff concerning this case since the case management order was filed. More than three weeks have passed now since Plaintiff's deadline for filing a status report.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss a civil action if the plaintiff "fails to prosecute or to comply with these rules or a court order." However, in the interests of justice, the Court elects not to dismiss this case, at this time, on the basis of Plaintiff's noncompliance with the Court's case management order. Instead, Plaintiff is **ORDERED TO SHOW CAUSE on or before May 17, 2016** why the Court should not recommend dismissal for failure to prosecute and comply with court orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 15-1054-AG (KS)                                         Date: April 25, 2016

Title   *Billy Paul Birdwell II v. B. Tran, M.D., et al*

**If Plaintiff wishes to proceed with this action, he may discharge this Order by filing a brief summary of the status of discovery in this case** that identifies any additional discovery or depositions he wishes to complete before the discovery cutoff of May 31, 2016 and indicates whether Plaintiff intends to amend his pleadings. Alternatively, if Plaintiff does not wish to pursue this action, he may file a document entitled "Notice Of Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

For Plaintiff's convenience, the Clerk is directed to send Plaintiff copies of the Court's December 3, 2015 case management and scheduling order and Defendant's March 30, 2016 status report  While these documents may inform Plaintiff's response to this Order, **Plaintiff need only file a <u>brief</u> and <u>simple</u> status report to discharge this Order To Show Cause and avoid dismissal.**

**Plaintiff is advised that his failure to timely comply with this order may result in the dismissal of his case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1.**

|  | : |
|---|---|
| **Initials of Preparer** | rh |