# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY P. BIRDWELL, II,<br><br>Plaintiff,<br><br>v.<br><br>B. TRAN, M.D., ET AL.,<br><br>Defendants. | Case No. EDCV15-1054-AG (KS)<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

In accordance with the Parties' Stipulation of Voluntary Dismissal with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE, with each party to bear its own litigation costs and attorney's fees. The Clerk of the Court shall enter judgment, terminate any pending motions, and close the file.

IT IS SO ORDERED.

Dated: July 29, 2016

Hon Andrew J Guilford
~~HON. KAREN L. STEVENSON~~
United States ~~Magistrate~~ Judge
District

1